# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**RAFAEL QUIROZ** and **CELINA RIOS,**
Appellants,

v.

**TOWER HILL SELECT INSURANCE COMPANY,**
Appellee.

No. 4D14-1295

[November 25, 2015]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John J. Murphy, III, Judge; L.T. Case No. 130016534 CACE 21.

Timothy H. Crutchfield of Mintz Truppman, P.A., North Miami, for appellant.

Kara Berard Rockenbach and Kristi Bergemann Rothell of Methe & Rockenbach, P.A., West Palm Beach, and Jorge L. Cruz-Bustillo of Kelley Kronenberg, Miami, for appellee.

PER CURIAM.

*Affirmed. See Slayton v. Universal Prop. & Cas. Ins. Co.,* 103 So. 3d 934 (Fla. 5th DCA 2012).

CIKLIN, C.J., TAYLOR and LEVINE, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***